# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| National Union Fire Insurance Company of Pittsburg, Pa., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number:  20-cv-839 WMW/JFD |
| Cargill, Inc., | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant Cargill, Inc.'s motion for judgment on the pleadings, (Dkt. 30), is **GRANTED**.

2. Judgment shall be entered against Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa., and in favor of Defendant Cargill, Inc., in the amount of $22,114,883 plus 10 percent prejudgment interest per annum, or $6,058 per day, beginning on April 28, 2016, and ending on the date that judgment is entered in this case, pursuant to Minn. Stat. § 60A.0811, subdiv. 2(a).

Date: 8/25/2021                                                                                   KATE M. FOGARTY, CLERK