# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3141

National Union Fire Insurance Company of Pittsburgh

Appellant

v.

Cargill

Appellee

---

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-00839-WMW)

---

**MANDATE**

In accordance with the opinion and judgment of March 7, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 11, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit