# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, Pa., <br><br> Plaintiff, <br><br> v. <br><br> Cargill, Inc. <br><br> Defendant. | Case No.: 20-cv-00839-WMW-JFD <br><br> **SATISFACTION OF JUDGMENT** |

The undersigned counsel for Defendant Cargill, Inc. hereby certify that the judgment in this action entered by the clerk of court on August 25, 2021 (Dkt. 49) in the amount of $22,114,883 plus 10 percent prejudgment interest per annum in favor of Cargill, Inc. against Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. is **fully satisfied** and the District Court Clerk is hereby authorized and directed to discharge said judgment of record.

Dated: May 5, 2023

Respectfully submitted,

By: */s/ Rikke Dierssen-Morice*
Rikke Dierssen-Morice (MN #0237826)
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, IL 60606
Telephone: 312-776-2541
rikke.morice@blankrome.com

        Bryan R. Freeman (MN #0387154)
        Peter K. Doely (MN #0395341)
        MASLON LLP
        3300 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN 55402
        Telephone: 612-672-8200
        bryan.freeman@maslon.com
        peter.doely@malson.com

        *Counsel for Defendant, Cargill, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2023, a copy of the foregoing was served via CM/ECF, which will serve a copy on all counsel of record.

                                                          */s/ Rikke Dierssen-Morice*
                                                          Rikke Dierssen-Morice